UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.    8:06-Cr-128-T-27TGW

FOOD WHOLESALERS, INC., and
JIM D. ANSON

**PLEA AGREEMENT**

A. **Particularized Terms**

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, and the defendant, Food Wholesalers, Inc., and the attorney for the defendant, Anthony J. Laspada, mutually agree as follows:

1. Counts Pleading To

The defendant shall enter a plea of guilty to Counts One and Two of the Information. Counts One and Two charge the defendant with causing meat and poultry products which were held for sale and were capable of use as human food, to become rodent adulterated after moving in interstate commerce while held for sale and transportation, in violation of 21 U.S.C. §§ 610(d) and 458(a)(3).

2. Maximum Penalties

Counts One and Two each carry a maximum sentence of 1 year of supervised release, a fine of $200,000, and a special assessment of $125.00 per

Defendant's Initials _____                                   AF Approval _____

misdemeanor count, said special assessment to be due on the date of sentencing. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offenses, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offenses, or to the community, as set forth below.

3. Elements of the Offenses

The defendant acknowledges understanding the nature and elements of the offenses with which defendant has been charged and to which defendant is pleading guilty. The elements of Count One are:

- First: That the defendant held for sale, after transportation in commerce meat, or meat food products of cattle, sheep, swine, goats, horses, mules, or other quines, or any other carcasses, parts of carcasses, which were capable of use as human food,

- Second: That the defendant did, with respect to such articles an act,

- Third: That such act occurred while the articles were being held for sale after such transportation in commerce,

- Fourth: That the act caused or had the effect of causing such articles to become adulterated.

The elements of Count Two are:

- First: That the defendant held for sale, after transportation in commerce, poultry products which were capable of use as human food,

- Second: That the defendant did, with respect to such articles an act,

- Third: That such act occurred while the articles were being held for sale after such transportation in commerce,

- Fourth: That the act caused or had the effect of causing such articles to become adulterated.

Defendant's Initials _____

2

Case 8:06-cr-00128-JDW-TGW   Document 4   Filed 04/07/06   Page 3 of 11 PageID 6

4. <u>Indictment Waiver</u>

Defendant will waive the right to be charged by way of indictment before a federal grand jury.

5. <u>No Further Charges</u>

If the Court accepts this plea agreement, the United States Attorney's Office for the Middle District of Florida agrees not to charge defendant with committing any other federal criminal offenses known to the United States Attorney's Office at the time of the execution of this agreement, related to the conduct giving rise to this plea agreement. Aside from Co-Defendant Jim D. Anson, the government agrees not to prosecute any other representatives of the company relating to the crimes addressed herein.

6. <u>Acceptance of Responsibility - Two Levels</u>

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will not oppose the defendant's request to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG §3E1.1(a). The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

7. <u>Corporate Defendant</u>

The undersigned corporate officer or representative of the defendant hereby certifies that he is authorized by the defendant corporation to act on its behalf,

Defendant's Initials 

3

to plead guilty to the charge alleged in the Information, and to enter into this plea agreement, and that a corporate resolution so empowering said officer or representative has been duly made and approved by said corporation. Said defendant corporation either has implemented or will, by the time of sentencing, implement an effective program to prevent and detect violations of law, which program shall require the exercise of due diligence, requiring at a minimum that the corporation take the steps set forth in USSG §8A1.2 comment. (n.3(k)). The defendant corporation further agrees that such a program may be made a special condition of probation, should the Court determine that a sentence of probation is appropriate.

8. <u>Low End</u>

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States not oppose the defendant's recommendation to the Court that the defendant receive a sentence at the low end of the applicable guideline range, as calculated by the Court. The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

9. <u>Concurrent Sentences</u>

Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the appropriate disposition of this case is a sentence in which the sentences to be imposed on each count shall run concurrent to each other.

Defendant's Initials _____    4

## B. Standard Terms and Conditions

### 1. Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of the offenses, pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. § 3663A(c)(1) (limited to offenses committed on or after April 24, 1996); and the Court may order the defendant to make restitution to any victim of the offenses, pursuant to 18 U.S.C. § 3663 (limited to offenses committed on or after November 1, 1987) or § 3579, including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement. On each count to which a plea of guilty is entered, the Court shall impose a special assessment, to be payable to the Clerk's Office, United States District Court, and due on date of sentencing. The defendant understands that this agreement imposes no limitation as to fine.

### 2. Supervised Release

The defendant understands that the offenses to which the defendant is pleading provides for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

Defendant's Initials _JDW_

5

3. <u>Sentencing Information</u>

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the counts to which defendant pleads, to respond to comments made by the defendant or defendant's counsel, and to correct any misstatements or inaccuracies. The United States further reserves its right to make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit, upon execution of this plea agreement, an affidavit reflecting the defendant's financial condition. The defendant further agrees, and by the execution of this plea agreement, authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office or any victim named in an order of restitution, or any other source, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to the Court and for collecting any assessments, fines, restitution, or forfeiture ordered by the Court.

4. <u>Sentencing Recommendations</u>

It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or defer a

Defendant's Initials _____    6

decision until it has had an opportunity to consider the presentence report prepared by the United States Probation Office. The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office. Defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement. The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

5. **Appeal of Sentence-Waiver**

The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal defendant's sentence or to challenge it collaterally on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range <u>as determined by the Court</u> pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the

Defendant's Initials _____   7

Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by Title 18, United States Code, Section 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by Title 18, United States Code, Section 3742(a).

6. Middle District of Florida Agreement

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will bring defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

7. Filing of Agreement

This agreement shall be presented to the Court, in open court or in camera, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of defendant's entry of a plea of guilty pursuant hereto.

8. Voluntariness

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind. The defendant further acknowledges defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and defendant's complete satisfaction

Defendant's Initials _JPW_

8

with the representation and advice received from defendant's undersigned counsel (if any). The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to be tried by a jury with the assistance of counsel, the right to confront and cross-examine the witnesses against defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in defendant's defense; but, by pleading guilty, defendant waives or gives up those rights and there will be no trial. The defendant further understands that if defendant pleads guilty, the Court may ask defendant questions about the offense or offenses to which defendant pleaded, and if defendant answers those questions under oath, on the record, and in the presence of counsel (if any), defendant's answers may later be used against defendant in a prosecution for perjury or false statement. The defendant also understands that defendant will be adjudicated guilty of the offenses to which defendant has pleaded and, if any of such offenses are felonies, may thereby be deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

9. <u>Factual Basis</u>

Defendant is pleading guilty because defendant is in fact guilty. The defendant certifies that defendant does hereby admit that the facts set forth below are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt:

Defendant's Initials _____

9

## FACTS

Food Wholesalers, Inc. is a food distribution company, incorporated in the State of Florida, and located at 1960 5th Ave. South, in St. Petersburg, Florida. John L. Anson is the President of the Company and Defendant Jim D. Anson is the Vice-President of the Company. The company has a single facility consisting of a warehouse which contains a walk-in freezer, two coolers, a dry storage area, and shipping and receiving docks. Food Wholesalers receives and stores meat and poultry products which traveled in interstate commerce and offers them for sale and transportation in the State of Florida.

On or about October 10, 2002, United States Department of Agriculture Food and Safety Inspection Service Compliance Officers conducted a compliance review at Food Wholesaler's facility during which compliance officers detained approximately 369,590 pounds of meat and poultry products stored in a walk-in freezer and because of evidence of rodent infestation. The compliance officers observed dead mice caught in traps at several locations in the freezer.

The compliance officers collected samples and sent them to the USDA Food Safety Inspection Service Eastern Laboratory in Athens, Georgia where subsequent analysis revealed rodent droppings, hair, and gnawing on the meat and poultry products. Of the 369,590 pounds of meat and poultry products which were detained, approximately 1,828 pounds of poultry and 1,177 pounds of meat were destroyed because of adulteration and fear of adulteration of the product by rodents. The remainder of the meat, at the defendant's expense, was shipped to the USDA facility in Sarasota, Florida for inspection, which revealed no further contamination.

Defendant's Initials _____

Inadequate pest control measures were taken by the defendant, thereby allowing the above referenced meat and poultry products, which were being held for resale, to become rodent adulterated.

10. Entire Agreement

This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

11. Certification

The defendant and defendant's counsel certify that this plea agreement has been read in its entirety by (or has been read to) the defendant and that defendant fully understands its terms.

DATED this 7TH day of April, 2006.

PAUL I. PEREZ
United States Attorney

JIM D. ANSON for
FOOD WHOLESALERS, INC.
Defendant

By: AMANDA C. KAISER
Assistant United States Attorney

ANTHONY J. LASPADA
Attorney for Defendant

ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes Section

N:\_Criminal Cases\A\Anson, John_2004R00278_ACK\p_plea agreement-Wholesalers.wpd